**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**RICHARD GERALD LAWSON** **CASE NO. 23-00180-JAW**

**CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the **ORDER UPON EMPLOYER** (Dkt. #88) to the following, by first-class U.S. Mail:

**Employer:**

ENFRA
ATTN: PAYROLL DEPT
1 GALLERIA BLVD.
SUITE 825
METAIRIE, LA 70001

DATED: October 23, 2026

/s/*Torri Parker Martin*
Standing Chapter 13 Bankruptcy Trustee

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 21, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**IN THE MATTER OF:**
**RICHARD GERALD LAWSON**
**SS#: XXX-XX-1093**

**CASE NO.: 23-00180- JAW**

**ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY**

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (c)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

ENFRA
ATTN: PAYROLL
1 GALLERIA BLVD.
SUITE 825
METAIRIE, LA 70001

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

**REMITTANCE BY CHECK**
Torri Parker Martin
Standing Chapter 13 Trustee
P.O. Box 2033
Memphis, TN 38101-2033

**OR**

**REMITTANCE BY ELECTRONIC PAYMENT**
TFS Employer Pay
**https://www.tfsbillpay.com/employer**
TFS Bill Pay: 1-888-800-0294

The sum of $313.00 BIWEEKLY.

**FURTHER ORDERED,** that the Employer shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##